Serve- Davidson Co. Sheriff

# IN THE GENERAL SESSIONS COURT OF SHELBY COUNTY, TENNESSEE



**CIVIL WARRANT**   No. 2089434

To Any Lawful Officer to Execute and Return:
Summon the Defendant(s)   LVNV FUNDING, LLC
c/o Corporation Service Company (Reg Agent)
2908 Poston Avenue, Nashville, TN 37203 (Reg Office)

to appear before the Court of General Sessions of Shelby County, Tennessee, to be held at the Courtrooms of said Court in said County and there to answer in a civil action brought by the Plaintiff(s), TERESA GIPSON for injunctive relief and/or damages, including treble and/or punitive damages, due to and proximately caused by Defendant's breach of contract (settlement agreement), fraud, misrepresentations, violations of the Tennessee Consumer Protection Act, violations of the Fair Debt Collection Practices Act, other reckless and/or negligent actions and/or omissions, and/or slander of title as well as attorney fees, prejudgment interest, discretionary costs, and court costs in regard to improper debt collection activities in Shelby County, TN

under $25,000.00 Dollars (excluding attorney fees, if applicable)

Issued this _____ day of _____ 20 _____

| | |
|---|---|
| Attorney: | KEVIN A. SNIDER |
| Law Firm: | SNIDER & HORNER, PLLC |
| Address 1: | Corporate Gardens, 9056 Stone Walk Place |
| Address 2: | Germantown, TN 38138 |
| Telephone: | (901) 751-3777 |
| Facsimile: | (901) 759-0041 |
| Code / BPR: | S11119 / 018231 |

General Sessions Court Clerk

By _____ D.C.

## JUDGMENT

_____ Judgment for _____

_____ $ _____ and cost of suit and litigation taxes, for which execution may issue.

This the _____ day of _____ 20 _____

Judge of Division _____

## COURT HEARING

DAY **TUE**   DATE **July 6**, 20 **21**   TIME **10:00** o'clock **A**.M.

**PLEASE SET ON ANY TUESDAY OR THURSDAY AT 10:00 A.M.**

Shelby County Courthouse, 140 Adams Avenue, Room 106, Memphis, Tennessee

## SERVICE

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 _____ by the Sheriff / Private Process Server _____

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 _____ by the Sheriff / Private Process Server _____

**-SEE OTHER SIDE FOR ADDITIONAL SERVICE AND NOTICES TO DEFENDANT(S)-**

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 _____ by the Sheriff / Private Process Server _____

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 _____ by the Sheriff / Private Process Server _____

## -NOTICE-

TO THE DEFENDANT(S): Pursuant to Tennessee Code Annotated Section 26-2-114, you are hereby given the following notice: Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## -F.D.C.P. NOTICE-

TO THE DEFENDANT(S): This communication is from a debt collector and the purpose of this communication is to collect a debt and any information obtained will be used for that and other purposes allowed by law. Unless you, within thirty days after the receipt of this communication, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by us. If you notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by us and upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

## -A.D.A. NOTICE-

TO THE DEFENDANT(S): The Americans with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in assessing its judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to access all of its programs, services and activities to qualified individuals with disabilities. If you require a modification to access the judicial program and/or have a special need because of a qualified disability, you must submit a written REQUEST FOR MODIFICATION to the Local Judicial Program ADA Coordinator listed below at least five (5) business days prior to the date of the judicial program, if possible. This form is available at: http://www.tsc.state.tn.us. If you need assistance, have questions or need additional information, you may also contact your Local Judicial Program ADA Coordinator: Tom Stone, Shelby County Government, (901) 379-7890 or e-mail at stone-t@co.shelby.tn.us. If you need assistance, have questions or need additional information, you may also contract the Tennessee Judicial Program ADA Coordinator: Pamela Taylor, Administrative Office of the Court, Supreme Court of Tennessee, 511 Union Street, Nashville, Tennessee 37919 or e-mail at pamela.taylor@trcmail.state.tn.us. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator.